**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10100 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-00327-JAT |
| v. | |
| LUIS RODRIGUEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
James A. Teilborg, District Judge, Presiding

Submitted June 18, 2013[**]

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Luis Rodriguez appeals from the district court's judgment and challenges his

jury-trial conviction and 70-month sentence for possession with intent to distribute

marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).  Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Rodriguez's counsel has filed a brief stating

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Rodriguez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED** and her requests for a ruling are **DENIED** as moot.

**AFFIRMED.**